JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LEEMANUEL WEILCH, | Case No. 2:25-cv-09055-FLA (SKx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | **[DKT. 5]** |
| ROSA MELINDA MATA, | |
| Defendants. | |

1

1    On September 23, 2025, Plaintiff Leemanuel Weilch ("Plaintiff") filed a Notice
2 of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 5.
3 Having considered the Notice of Dismissal and finding good cause therefor, the court
4 hereby ORDERS:
5    1.  All dates and deadlines governing this action are VACATED.
6    2.  The court DISMISSES the action without prejudice.

8    IT IS SO ORDERED.

10   Dated: October 7, 2025                              _____
                                                        FERNANDO L. AENLLE-ROCHA
                                                        United States District Judge